# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2014

### NO. 03-11-00553-CR

**Walter Demond, Appellant**

v.

**The State of Texas, Appellee**

## APPEAL FROM 424TH DISTRICT COURT OF BLANCO COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
## REVERSED AND VACATED IN PART; MODIFIED AND, AS MODIFIED, AFFRIMED IN PART -- OPINION BY JUSTICE FIELD

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment convicting appellant of theft by deception. Therefore, the Court reverses and vacates the trial court's judgment of conviction for that offense. The Court modifies appellant's conditions of community supervision to delete the requirement that he submit to 180 days' confinement for theft by deception. The Court affirms the trial court's judgments of conviction, as modified, in all other respects. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.